# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KEVIN CONNOLLY,

          Plaintiff,

v.

ALLTRAN FINANCIAL LP,

          Defendant.

Case No. 19-CV-129-JPS

**ORDER**

      On October 30, 2019, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to any party. (Docket #26). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

      Accordingly,

      **IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #26) be and the same is hereby **ADOPTED**; and

      **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

      Dated at Milwaukee, Wisconsin, this 30th day of October, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge